**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antjuan Brisco, | No. CV-20-00260-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Order to Depose Rick Wood and Request for Stay. (Doc. 41.) Defendant Villicana responded, and Plaintiff filed a reply. (Docs. 44, 48.) Plaintiff subsequently filed a Motion for Clarification and a Request for Extension of Time to Respond to Defendant Villicana's Summary Judgment Motion. (Docs. 51, 55.) Plaintiff has also filed a Motion for Sanctions. (Doc. 50.)

On October 9, 2020 the Court entered its Scheduling Order in this matter, allowing sixty days for Plaintiff and Defendant Villicana to engage in limited discovery related to exhaustion of administrative remedies. (Doc. 15.)

On February 1, 2021, the Court screened Plaintiff's proposed First Amended Complaint and allowed Plaintiff to add Corrections Officer Rick Woods as a Defendant. (Doc. 39.) The amended complaint alleges that Defendant Woods destroyed Plaintiff's grievances with the purpose of denying Plaintiff access to the courts. (Doc. 40.)

According to the Court's docket, Defendant Woods was served on March 1, 2021, after expiration of the discovery deadline. (Doc. 45.)

Plaintiff requests permission to engage in limited written discovery with Defendant Woods related to the issue of exhaustion of administrative remedies.[1] The Court will grant Plaintiff's request to participate in written discovery. The Court will also set an exhaustion discovery deadline and briefing schedule for a possible dispositive motion by Defendant Woods.

Based on the foregoing, the Court will grant Plaintiff's request for extension of time to respond to Defendant Villicana's pending motion for summary judgment and deny the request for a stay of the filing of Villicana's dispositive motion as moot.

The Court will deny Plaintiff's motion for sanctions. Counsel has acknowledged his mistaken statement. Not all mistakes warrant the imposition of sanctions. The Court concludes that sanctions are not warranted in the present circumstances.

**IT IS ORDERED**:

1. Plaintiff's Motion for Order to Depose Rick Wood and Request for Stay (Doc. 41) is **GRANTED** to the extent Plaintiff requests permission to engage in limited written discovery as to Defendant Woods, and **DENIED** to the extent Plaintiff requests to depose Defendant Woods and a stay of the filing of Defendant Villicana's dispositive motion.

2. Plaintiff and Defendant Woods may engage in limited discovery related to exhaustion of administrative remedies to be completed within **60 days** of the date this Order is filed. All discovery related to the merits of Plaintiff's claims is stayed pending resolution of the exhaustion issue.[2]

3. Defendant Woods may file a dispositive motion regarding exhaustion of administrative remedies within **90 days** of the date this Order is filed. Absent

---

[1] Plaintiff initially requested that he be allowed to depose Defendant Woods. Plaintiff, however, retracted that request in his reply and only seeks to engage in limited written discovery at this time.

[2] Discovery related to the issue of exhaustion is all that is permitted at this time. However, the Court notes that the nature of the claim against Defendant Woods may require discovery that is relevant to both exhaustion and the merits of the claim. Plaintiff must establish exhaustion, or that administrative remedies where otherwise not available, as to his claim against Defendant Woods.

leave of Court, no other dispositive motions may be filed until the exhaustion issue is resolved.

4. Plaintiff's Motion for Clarification (Doc. 51) is **DENIED** as moot.

5. Plaintiff's Motion for Sanctions (Doc. 50) is **DENIED**.

6. Plaintiff's Request for Extension of Time to Respond to Defendant Villicana's Summary Judgment Motion (Doc. 55) is **GRANTED**.

7. Plaintiff shall respond to Defendant Villicana's Motion for Summary Judgment within **45 days** of the date of this Order.

Dated this 6th day of April, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge