Antjuan D. Brisco
ADC #: 295826
A.S.P.C. Tucson Complex/Whetstone Unit
10,002 South Wilmot Rd. P.O. Box 24402
Tucson, Arizona 85734-4402

FILED
NOV 2 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antjuan Brisco, <br> Plaintiff, <br><br> v. <br><br> David Shinn, et al., <br> Defendants. | No. CV-20-00260-TUC-JGZ <br><br> NOTICE OF APPEAL FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA |

## NOTICE OF APPEAL FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Notice of Appeal is hereby given that Plaintiff, Antjuan Brisco, respectfully request to appeal from the judgment and court order filed on September 29, 2023, which granted the Motion for Summary Judgment. (DOC. 118)

P. 1

Judgment was entered by the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA in favor of the defendant Enrique Villicana and against the Plaintiff, Antjuan Brisco to dismiss the civil complaint filed under pursuant Rule 42 U.S.C. 1983, which Plaintiff claimed violations of his Eighth Amendment Rights.

Entered in the UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA, in Pima County, City of Tucson, on October 22, 2023.

DATE: October 22, 2023

Signed By: Antjuan Brisco

C.C.

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
ATTN: David Torres
Lawyer for Defendant Enrique Villicana

Arizona Department of Corrections
ATTN: Director Ryan Thornell
701 E. Jefferson St.
PHX., Arizona, 85034

p. 2

Certificate of Service

I hereby certify that on October 22, 2023, I mailed the foregoing document to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA by First Class Mail / Whetstone Mail & Proper Legal Mail, postage prepaid to the following:

Rusing Lopez & Lizardi, P.L.L.C.
Attn: Daniel Torrens
6363 North Swan Road, Suite 151
Tucson, Arizona, 85718

CLERK OF THE COURT
EVO A. DeConcini Court
405 W. Congress, STE. 1500
Tucson, Arizona, 85701-5010

Arizona Department of Corrections
Attn: Director Ryan Thornell
701 E. Jefferson St.
Phx, Arizona 85034

Signed By: Antjuan Brisco

p.3